**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| Thermo-Ply, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The Ohio Willow Wood Company, | ) | Case No. 8:05-cv-779-EAK-MAP |
| Silipos, Inc., | ) | Judge Elizabeth A. Kovachevich |
| Southern Prosthetic Supply, Inc., | ) | Magistrate Judge Mark A. Pizzo |
| Hanger Prosthetics & Orthotics, Inc., | ) | |
| and Seattle Systems, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT THE OHIO WILLOW WOOD COMPANY'S RESPONSE TO
PLAINTIFF THERMO-PLY, INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT**

The Ohio Willow Wood Company ("OWW") recognizes the potential for application of the doctrine of collateral estoppel in the present matter with regard to United States Patent No. 5,830,237 ("the '237 Patent"). On January 23, 2014, the United States Court of Appeals for the Federal Circuit ("CAFC") denied OWW's Combined Petition for Panel Rehearing and Rehearing En Banc related to the '237 Patent. As OWW can still petition the Supreme Court of the United States for a writ of certiorari to review the CAFC's decision, OWW respectfully requests that this Court stay consideration of Plaintiff Thermo-Ply, Inc.'s Motion for Partial Summary Judgment until all appellate rights are exhausted.

Respectfully submitted,

/s/ Jeffrey S. Standley
Jeffrey S. Standley

F. Michael Speed, Jr.
Michael Stonebrook
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, OH  43017
Tel:  (614) 792-5555; Fax:  (614) 792-5536
jstandley@standleyllp.com
mspeed@standleyllp.com
mstonebrook@standleyllp.com

Benjamin H. Hill, III (Florida Bar #094585)
William C. Guerrant, Jr. (Florida Bar #516058)
Patrick J. Risch (Florida Bar #0165603)
HILL, WARD, & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, FL 33601-2231
Tel.:  (813) 221-3900
Fax.:  (813) 221-2900
bhill@hwhlaw.com
wguerrant@hwhlaw.com
prisch@hwhlaw.com

Attorneys for Defendant,
The Ohio Willow Wood Company

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of January, 2014, a true and accurate copy of the foregoing was electronically filed with the Court. Notice of this filing will be automatically sent by the Court's CM/ECF system.

                                              /s/ Michael Stonebrook
                                              Michael Stonebrook